

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　PLAINTIFF<br><br>　　v.<br><br>ALLEN GILTMAN,<br><br><br>　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>8:20-MJ-00750<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

　　Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __November 3, 2020_____, _____, at __1:00__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __10D_____.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　*(Other custodial officer)*

Dated:　__October 27, 2020_____　　　　　__/s/ Douglas F. McCormick_____
　　　　　　　　　　　　　　　　　　　　　U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1